IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:13MJ09037 |
| | ) | |
| Plaintiff, | ) | MAG. WILLIAM H. BAUGHMAN, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JASON PHILLIPS, | ) | **DEFENDANT, JASON PHILLIPS'** |
| | ) | **NOTICE OF FILING DISCOVERY** |
| Defendant. | ) | **REQUESTS** |
| | ) | |

Now comes Defendant, Jason Phillips, by and through undersigned counsel and hereby gives notice that on March 18, 2013, he submitted to Robert F. Corts, Assistant United States Attorney, his request for discovery and relevant sentencing information pertaining to the above matter.  (See attached Exhibit A.)

                                                             Respectfully submitted,

                                                              /s/ *Michael J. Goldberg*
                                                              Michael J. Goldberg (0040839)
                                                              The Goldberg Law Firm, LLC
                                                              323 Lakeside Avenue, Suite 450
                                                              Cleveland, Ohio  44113
                                                              Tel: 216-696-4514
                                                              Fax: 216-781-6242
                                                              Email: mjgjd@aol.com
                                                              *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2013, a true copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      */s/ Michael J. Goldberg*
      Michael J. Goldberg (0040839)
      *Attorney for Defendant*